IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LANCE MORRIS                                                          PETITIONER


V.                          NO. 2:05CV00284 GH/JFF


LINDA SANDERS,
Warden, FCI-Forrest City,
Arkansas                                                             RESPONDENT

## ORDER

        The clerk will serve a copy of Petitioner's § 2241 petition and this Order on the

Respondent and the United States Attorney by regular mail. The Court directs the

Respondent to file an answer, motion, or other response to the petition within twenty

(20) days after service of this petition, exclusive of the day of service.

        IT IS SO ORDERED this 17th day of November, 2005.


_____
UNITED STATES MAGISTRATE JUDGE