IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LANCE MORRIS                                                                    PETITIONER

V.                          NO. 2:05CV00284 GH/JFF

LINDA SANDERS,
Warden, FCI-Forrest City,
Arkansas                                                                        RESPONDENT

### ORDER

Pursuant to Rule 19(a)(1) of the Federal Rules of Civil Procedure, the Court directs the Clerk to add the Federal Bureau of Prisons as a party Respondent in this case. The Clerk will serve a copy of Petitioner's § 2241 petition (DE # 1) and this Order on the Federal Bureau of Prisons and the United States Attorney by regular mail. The Court directs the Federal Bureau of Prisons to file an answer, motion, or other response to the petition within twenty (20) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this 30th day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE